# CRANDALL LAW FIRM, SC

421 WEST SECOND STREET
P.O. BOX 27
NEW RICHMOND, WI 54017

WisconsinConsumerLaw@frontier.com
TELEPHONE: (715) 243-9996

Licensed To Practice Law in Wisconsin

WisconsinConsumerLaw.net
FACSIMILE: (715) 246-7174

March 21, 2023

Joel Turner, Esq.
United States District Court
Western District of Wisconsin
120 North Henry Street
P.O. Box 432
Madison, WI 53701

Re: *Haas v Easy Cash*, No. 21-CV-680-jdp (W.D. Wis.)

Sir:

This case is set for Jury trial in May of 2023. Mrs. Haas has settled her dispute with Easy Cash, ASAP, LLC, and will be filing dismissal papers shortly.

Thank you in advance for your attention to this matter.

Sincerely,

Eric L. Crandall, Esq.
**CRANDALL LAW FIRM, SC**

ELC/
via cm/ecf
cc: client (via e-mail)
    remaining counsel of record (via cm/ecf)

-1-